Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Ecolab, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER COUNCILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ECOLAB, INC., a foreign Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01889-JAD-EJY<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION PENDING ARBITRATION**<br><br>ECF No. 4 |

IT IS HEREBY STIPULATED by and between Plaintiff Jennifer Councill ("Plaintiff"), through her counsel HKM Employment Attorneys LLP, and Defendant Ecolab, Inc.("Defendant"), through its counsel Jackson Lewis P.C., as follows:

1. On October 13, 2021, Plaintiff filed a complaint alleging wage and hour claims under federal and state law, and noting Plaintiff intends to amend the complaint to add disability discrimination claims under federal and state law once administrative exhaustion is completed.

2. Defendant's response to the Complaint is currently due on November 5, 2021.

3. Plaintiff and Defendant have determined the Parties entered into an arbitration agreement requiring Plaintiff and Defendant to submit to final and binding arbitration any and all claims and disputes that arise from or relate to Plaintiff's employment or termination of her employment with Defendant (the "Arbitration Agreement"). The Parties agree the claims alleged by Plaintiff against Defendant in the Action fall within the scope of the Arbitration Agreement.

4. Thus, the Parties have agreed that the Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement, with AAA; and Plaintiff will initiate arbitration against Defendant with AAA.

5. All proceedings in this Action shall be stayed and this Court shall retain jurisdiction over this Action pending the conclusion of the arbitration with AAA.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 3rd day of November, 2021.

| HKM EMPLOYMENT ATTORNEYS | JACKSON LEWIS P.C. |
|---|---|
| */s/ Dana Sniegocki* | */s/ Deverie J. Christensen* |
| Jenny L. Foley, Ph.D., Esq., Bar No. 9017 | Deverie J. Christensen, Bar No. 6596 |
| Dana Sniegocki, Esq., Bar No. 11715 | 300 S. Fourth Street, Ste. 900 |
| 1785 E. Sahara, Suite 300 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89104 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

### ORDER

Based on the parties' stipulation [ECF No. 4], **IT IS SO ORDERED. This case is stayed pending the completion of binding arbitration proceedings. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case. Any party who desires to seek further action in this case will first have to file a motion to reopen it.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 5, 2021